UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-195-SM-TSM |
| | ) | |
| DAVID MONTANUS and LISA | ) | |
| MONTANUS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO DISMISS AND NOTICE OF SETTLEMENT

The Parties have reached an agreement to resolve this matter, as set forth in the

Settlement Agreement, attached as Ex. A. Therefore, the parties jointly move the Court to

dismiss this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), and request that the Court

retain jurisdiction to enforce the Settlement Agreement until it expires on April 16, 2029. (Ex. A

at ¶¶ 6, 15; *see also id.* at ¶¶ 7(c), 18.) As set forth in Paragraph 5 of the Settlement Agreement,

the Parties request that the Court's order take effect 14 days after entry. (Ex. A.)


Dated: April 16, 2026

Respectfully submitted,

| | |
|---|---|
| ERIN CREEGAN | HARMEET K. DHILLON |
| United States Attorney | Assistant Attorney General |
| District of New Hampshire | Civil Rights Division |
| | |
| | CARRIE PAGNUCCO |
| | Chief |
| | Housing and Civil Enforcement Section |
| | |
| | */s/ Anna Purinton* |
| RAPHAEL KATZ | MEGAN K. WHYTE DE VASQUEZ |
| Assistant United States Attorney | Deputy Chief |
| United States Attorney's Office | ANNA PURINTON |
| District of New Hampshire | Trial Attorney |
| 53 Pleasant Street, 4th Floor | Housing and Civil Enforcement Section |
| Concord, NH 03301 | Civil Rights Division |

Phone: (603) 225-1552
Fax: (603) 225-1470
Email: raphael.katz@usdoj.gov

United States Department of Justice
150 M Street NE
Washington, DC 20530
Phone: (202) 598-7768
Fax: (202) 514-1116
Email: anna.purinton@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*


Lisa Montanus
David Montanus
By Their Attorneys
**Hamblett & Kerrigan, P.A.**
20 Trafalgar Square, Suite 505
Nashua, NH  03063
(603) 883-5501


By: */s/ Brittney M. White*
J. Daniel Marr – NH Bar # 4091
Brittney M. White – NH Bar #273730