UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-195-SM-TSM |
| | ) | |
| DAVID MONTANUS and LISA MONTANUS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING JOINT MOTION TO DISMISS

On April 16, 2026, the parties filed a Joint Motion to Dismiss and Notice of Settlement, moving to dismiss Plaintiff's claims against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. 19.) Upon due consideration, and with good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES** Plaintiff's claims against Defendants with prejudice. The Court will retain jurisdiction to enforce the terms of the settlement agreement until April 16, 2029, consistent with the parties' agreement. At the request of the parties, this Order shall take effect 14 days after its entry.

**IT IS SO ORDERED.**

Dated: ___April 20, 2026_____

Judge Steven J. McAuliffe
United States District Judge