UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                               Case No. 25-cv-195-SM

David Montanus, et al


JUDGMENT


Judgment is hereby entered in accordance with the Order by Judge Steven J. McAuliffe dated April 20, 2026.


By the Court:

_____
Tracy A. Uhrin
Clerk of Court


Date: April 22, 2026

cc:  Counsel of Record